*Frances J. Marvin et al* v. *Lambert Van Hoesen.* S. STEVENS, for appellant. Order appealed from reversed, and case ordered to stand over until the 1st Tuesday in January, with liberty to defendant to produce further affidavits in opposition to the application. Complainants to be at liberty also to serve other papers, at least eight days previous to that time.

*Mary H. Renwick, by her next friend,* v. *Robert J. Renwick et al.* A. H. DANA, for appellant; W. S. SEARS, for respondent. Decree appealed from affirmed with costs.